**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
ROBERT UPSON, on behalf of himself and
all others similarly situated,

                        Plaintiff,          **STIPULATION OF DISMISSAL**

    -against-                                **18-cv-02701-ADS-GRB**

VITAL RECOVERY SERVICES, LLC,
INCLINE FUND II, LTD, AND
INCLINE FUND MANAGEMENT, LLC,

                        Defendants.
---------------------------------------------------------------x
ROBERT UPSON, on behalf of himself and
all others similarly situated,

                        Plaintiff,

    -against-                                **18-cv-03313-SJF-GRB**

VITAL RECOVERY SERVICES, LLC,

                        Defendant.
---------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 17 2019 ★

LONG ISLAND OFFICE

      WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

      WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

      IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against VITAL RECOVERY SERVICES, LLC, INCLINE FUND II, LTD and INCLINE FUND MANAGEMENT, LLC, with prejudice and without costs to any party.

Dated: April 16, 2019.

S/
_____
MITCHELL L. PASHKIN, ESQ.
775 Park Avenue, Suite 255
Huntington, NY 11743
Phone: (631)629-7709
mpash@verizon.net
*Attorney for Plaintiff*

_____
ARTHUR SANDERS. ESQ.
BARRON & NEWBURGER, P.C.
30 South Main Street
New City, NY 10956
Phone: (845) 499-2990
asanders@bn-lawyers.com
*Attorney for All Defendants*

Case closed. SO ORDERED.

/s/ Arthur D. Spatt
_____
Arthur D. Spatt, U.S.D.J.

4/17/19
_____
Date